JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELKA WORNER,<br><br>          Plaintiff,<br><br>     v.<br><br>FOX NEWS NETWORK, LLC, a business entity, form unknown; and DOES 1 through 100, inclusive,<br><br>          Defendants. | Case No. 2:22-cv-00658-MWF(PVCx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Before the Court is Plaintiff Elka Worner and Defendant Fox News Network, LLC's Stipulation for Dismissal with Prejudice. Having considered the Stipulation, the Court finds that the Stipulation should be GRANTED.

IT IS THEREFORE ORDERED that:

The above-captioned case is hereby dismissed as to Defendant Fox News Network, LLC, including without limitation all claims alleged therein, WITH PREJUDICE, with each party to bear her or its own costs, expenses, and attorneys' fees.

IT IS SO ORDERED.

Dated: March 22, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge